IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CALVIN DENNIS,<br><br>    Plaintiff,<br><br>v.<br><br>JOM ENTERPRISES, LLC d/b/a<br>GLOBAL DRYING EQUIPMENT,<br>JACK O. MCMILLAN and<br>CHARLES BLACKHURST,<br><br>    Defendants. | Civil Action No. 1:15-CV-04183-AT |

## ORDER

This Court, having read the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Motion"), and for good cause shown;

IT IS HEREBY ORDERED that the proposed Settlement Agreement attached as Exhibit "A" to the Parties Motion is APPROVED, and the Parties' Motion is GRANTED. Plaintiff's claims against Defendant are HEREBY dismissed with prejudice.

SO ORDERED this 25th day of July 2016.

_____
Honorable Amy Totenberg
United States District Court Judge